**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Mark Mathias,

        Petitioner,                  Civil No. 06-2114 (RHK/JSM)

vs.                                  **ORDER**

Warden R. L. Morrison, Duluth Federal Prison Camp,

        Respondents.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge