UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MARK MATHIAS,  Civil No. 06-2114 (RHK/JSM))

   Petitioner,

v.  **ORDER**

R.L. MORRISON, Warden,

   Respondent.

_____

Based upon the Court's de novo review of Magistrate Judge Janie S. Mayeron's October 26, 2006 Report and Recommendation, together with Petitioner's Objections thereto, **IT IS ORDERED**:

1. The Objections (Doc. No. 12) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 11) is **ADOPTED**; and

3. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED** and said Petition is **DISMISSED WITH PREJUDICE**.

Dated: November 21, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge